| 1. Person Reporting (last name, first, middle initial)<br><br>Crabb, Barbara B. | 2. Court or Organization<br><br>U.S. District Court, Western District of Wisconsin | 3. Date of Report<br><br>08/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>120 North Henry Street<br>Suite 540<br>Madison, WI 53703 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Facktor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AQR Managed Futures Strategy (AQMIX) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 2. | | | | | Sold (part) | 12/12/16 | J | | |
| 3. | | | | | | | | | |
| 4. AQR Style Premia Alt. (QSPIX) | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 5. | | | | | Sold (part) | 07/01/16 | J | A | |
| 6. | | | | | Sold (part) | 12/12/16 | J | A | |
| 7. | | | | | | | | | |
| 8. AXA Variable Life Ins Annuity (formerly Equitable Life) comprising: | B | Dividend | M | T | | | | | |
| 9. - EQ/Int'l Equity | | Dividend | K | T | | | | | |
| 10. - AXA Int'l Core Volatility | | Dividend | K | T | | | | | |
| 11. - EQ/Equity 500 Index | | Dividend | K | T | | | | | |
| 12. -EQ/Mid Cap Index | | Dividend | J | T | | | | | |
| 13. - EQ/Small Company | | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Blackstone Alt Mult Strat Inst. (BXMIX) | | None | | | Buy | 04/08/16 | J | | |
| 16. | | | | | Sold (part) | 04/08/16 | J | A | |
| 17. | | | | | Sold | 07/01/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Cisco Systems, Inc. (CSCO) | A | Dividend | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. Deutche X-Trackers MSCI EUR (DBUE) | C | Dividend | | | Buy | 01/25/16 | J | | |
| 22. | | | | | Sold (part) | 04/08/16 | J | C | |
| 23. | | | | | Sold | 05/12/16 | J | | |
| 24. | | | | | | | | | |
| 25. Diamond Hill Small Cap (DHSIX) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 26. | | | | | Sold (part) | 12/12/16 | J | A | |
| 27. | | | | | | | | | |
| 28. Ed Vest -529 College Savings Plan (Balanced Portfolio 3437-Med. Risk) | A | Interest | K | T | Buy | 08/22/16 | J | | |
| 29. | | | | | | | | | |
| 30. EV Income Fund of Boston (EIBIX) | A | Dividend | L | T | Buy | 04/08/16 | J | | |
| 31. | | | | | | | | | |
| 32. EV High Yield Muni Income (EIHYX) | A | Dividend | L | T | Buy | 11/29/16 | L | | |
| 33. | | | | | | | | | |
| 34. First TR High YL Lg/Sht ETF (HYLS) | B | Dividend | L | T | Buy | 05/12/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. First Trust North American (EMLP) | B | Dividend | K | T | Sold (part) | 01/25/16 | K | | |
| 37. | | | | | Sold (part) | 04/08/16 | J | | |
| 38. | | | | | | | | | |
| 39. Harding Loevner Intl Eqty (HLMIX) | A | Dividend | K | T | Buy | 04/08/16 | J | | |
| 40. | | | | | Sold (part) | 12/12/16 | J | A | |
| 41. | | | | | | | | | |
| 42. Home Savings & Loan | A | Interest | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. Ishares Core MSCI Europe (EUR) | | None | | | Sold | 01/25/16 | M | | |
| 46. | | | | | | | | | |
| 47. Ishares Core MSCI (IEFA) (dup. of #45-entered in error) see letter | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. Ishares Core U.S. Agg. f/k/a Ishares Barclays Agg. Bd. Fd.(AGG) | A | Dividend | M | T | Buy | 11/29/16 | M | | |
| 50. | | | | | | | | | |
| 51. Ishares Edge MSCI Min Vol (EFAV) | | None | | | Buy | 05/12/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold | 11/29/16 | L | | |
| 53. | | | | | | | | | |
| 54. ishares Edge MSCI Emerg Mkt Min.Vol (EEMV) | B | Dividend | K | T | Buy | 01/25/16 | J | | |
| 55. | | | | | Sold (part) | 04/08/16 | J | A | |
| 56. | | | | | Buy | 05/12/16 | K | | |
| 57. | | | | | | | | | |
| 58. Ishares MSCI Japan ETF (EWJ) | B | Dividend | | | Buy | 01/25/16 | K | | |
| 59. | | | | | Sold (part) | 04/08/16 | J | | |
| 60. | | | | | Sold | 07/15/16 | L | | |
| 61. | | | | | | | | | |
| 62. Ishares Russell Midcap ETF (IWP) | A | Dividend | K | T | Buy | 01/25/16 | J | | |
| 63. | | | | | Sold (part) | 04/08/16 | J | A | |
| 64. | | | | | Sold (part) | 12/12/16 | J | A | |
| 65. | | | | | | | | | |
| 66. Ishares Russell Midcap (IWS) | A | Dividend | K | T | Buy | 01/25/16 | J | | |
| 67. | | | | | Sold (part) | 04/08/16 | J | A | |
| 68. | | | | | Sold (part) | 12/12/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Ishares Russell 1000 Growth Index (IWF) | C | Dividend | M | T | Sold (part) | 01/25/16 | J | B | |
| 71. | | | | | Sold (part) | 04/08/16 | J | B | |
| 72. | | | | | Sold (part) | 12/12/16 | J | A | |
| 73. | | | | | | | | | |
| 74. Ishares Russell 1000 Value (IWD) | C | Dividend | M | T | Buy | 01/25/16 | K | | |
| 75. | | | | | Sold (part) | 04/08/16 | J | C | |
| 76. | | | | | | | | | |
| 77. Ishares Russell 2000 Growth Fund (IWO) | A | Dividend | K | T | Buy | 01/25/16 | J | | |
| 78. | | | | | Buy | 05/12/16 | J | | |
| 79. | | | | | Sold (part) | 04/08/16 | J | B | |
| 80. | | | | | | | | | |
| 81. Ishares Russell 2000 Value (IWN) | A | Dividend | K | T | Buy | 01/25/16 | J | | |
| 82. | | | | | Sold (part) | 04/08/16 | J | B | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. Lazard Emerg Mkts Core EQ (ECEIX) | A | Dividend | J | T | Buy | 04/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/12/16 | J | A | |
| 87. | | | | | | | | | |
| 88. Lazard Int'l Strat EQ (LISIX) | A | Dividend | K | T | Buy | 04/08/16 | J | | |
| 89. | | | | | Sold (part) | 12/12/16 | J | | |
| 90. | | | | | | | | | |
| 91. Medtronic, Inc. (MDT) | A | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. Metropolitan West TOT RET BD (MWTIX) | A | Distribution | K | T | Buy | 04/08/16 | J | | |
| 94. | | | | | Sold (part) | 12/12/16 | J | | |
| 95. Met Life | A | Dividend | J | T | | | | | |
| 96. | | | | | | | | | |
| 97. MS Liquid Asset Fund (ILAF) | A | Dividend | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. Morgan Stanley Private Bank NA (MSPBNA) | A | Int./Div. | M | T | | | | | |
| 100. | | | | | | | | | |
| 101. Nuveen Int Dur Mini Bond (NUVBX) | | None | | | Buy | 05/12/16 | N | | |
| 102. | | | | | Sold | 11/29/16 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  Nuveen Ltd Term Muni Bd (FLTRX) | | None | | | Buy | 05/12/16 | L | | |
| 105. | | | | | Sold | 11/29/16 | L | | |
| 106. | | | | | | | | | |
| 107.  Oakmark (OAKMX) | A | Dividend | K | T | Buy | 04/08/16 | J | | |
| 108. | | | | | Sold (part) | 12/12/16 | J | A | |
| 109. | | | | | | | | | |
| 110.  Pimco Intermed Mun Bd (MUNI) | A | Interest | K | T | Buy | 11/02/16 | N | | |
| 111. | | | | | | | | | |
| 112.  Pimco 1-5 Year U.S. TIPX IDX Fd (STPZ) | | None | | | Sold (part) | 01/25/16 | J | | |
| 113. | | | | | Sold (part) | 04/08/16 | J | A | |
| 114. | | | | | Sold | 05/12/16 | K | A | |
| 115. | | | | | | | | | |
| 116.  PIMCO 0-5 Year H/Y Corp. Bond (HYS) | | None | | | Buy | 01/25/16 | L | | |
| 117. | | | | | Sold (part) | 04/08/16 | J | | |
| 118. | | | | | Sold | 05/12/16 | L | C | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  SPDR Barcap Short Term/Hi Yield (SJNK) | | None | | | Sold | 01/25/16 | L | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123.  SPDR Series Trust DB Int. Gvt (WIP) | | None | | | Buy | 01/25/16 | K | | |
| 124. | | | | | Sold (part) | 04/08/16 | J | A | |
| 125. | | | | | Sold | 05/12/16 | K | B | |
| 126. | | | | | | | | | |
| 127.  SPDR Doubleline Tr Tact ETF (TOTL) | | None | | | Buy | 01/25/16 | J | | |
| 128. | | | | | Sold | 04/08/16 | J | A | |
| 129. | | | | | | | | | |
| 130.  Synchrony Bank Acct | B | Interest | M | T | | | | | |
| 131. | | | | | | | | | |
| 132.  Touchstone Small Cap Growth (MXAIX) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 133. | | | | | | | | | |
| 134.  UW Credit Union | A | Interest | J | T | | | | | |
| 135. | | | | | | | | | |
| 136.  Vanguard Municipal Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. Vanguard Reit ETF (VNQ) | B | Dividend | K | T | Sold (part) | 05/12/16 | J | A | |
| 140. | | | | | Sold (part) | 12/12/16 | J | A | |
| 141. | | | | | | | | | |
| 142. Vanguard Short Term Bnd (BSV) | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 143. | | | | | | | | | |
| 144. Vanguard Short Term Corporate (VCSH) | | None | | | Sold (part) | 05/12/16 | L | A | |
| 145. | | | | | Sold | 12/12/16 | J | | |
| 146. | | | | | | | | | |
| 147. Vanguard European MSCI ETF (VGK) | | None | | | Buy | 01/25/16 | M | | |
| 148. | | | | | Sold (part) | 04/08/16 | J | | |
| 149. | | | | | Sold | 05/12/16 | J | A | |
| 150. | | | | | | | | | |
| 151. WisdomTree Trust Japan Hedge EQ (DXJ) | A | Dividend | L | T | Sold (part) | 01/25/16 | L | | |
| 152. | | | | | Buy | 07/15/16 | L | | |
| 153. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544